# Exhibit 1

# LEGAL DESCRIPTION

Parcel 1:
A5-99G TIS, R19W, S3
The East Half of the East Half of Section 3, Township 1 South, Range 19 West, Walton County, Florida, LESS AND EXCEPT the Right-of-Way for U.S. Highway 331; AND LESS AND EXCEPT All of Ashton Park Phase 1, according to the plat thereof as recorded in Plat Book 17, Pages 87 - 87A of the public records of Walton County, Florida.

C5-100G T1S, R19W, S10
The East Half of the Northeast Quarter of Section 10, Township 1 South, Range 19 West, Walton County, Florida.

Parcel 2:
The South Half of North Half of South Half of South Half of Northwest Quarter of Northeast Quarter and the North Half of South Half of Northwest Quarter of Northeast Quarter and the North Quarter of South Half of South Half of Northwest Quarter of Northeast Quarter, all in Section 3, Township 1 South, Range 19 West, of Walton County, Florida, all that lying East of State Road 83.
Parcel 3:
Parcel B (O.R. Book 31, Page 359)
Commencing at the Northeast corner of Northwest Quarter of the Southeast Quarter of Section 3, Township 1 South, Range 19 West; run South along Quarter line 480 feet for a Point of Beginning; thence run West parallel with the North Quarter line 310.33 feet to the Right-of-Way of U.S. #331; thence run Southwest along said Right-of-Way 161.12 feet; thence run East 330.75 feet to the East Quarter line; thence run North along Quarter line 160 feet to the Point of Beginning. All lying and being in Walton County, Florida.

And

Parcel D (O.R. Book 25, Page 23)
Commencing at the Northeast corner of the Northwest Quarter of Southeast Quarter of Section 3, Township 1 South, Range 19 West and run South along the East line of said forty 715 feet for Point of Beginning; thence run West parallel to the North line of said forty 340 feet to the East Right-of-Way tine of U.S. 331; thence run in the Southwesterly direction along the East Right-of-Way line of said road 176.62 feet; thence run East parallel to the South line of said forty 362.41 feet to the East line of said forty; thence run North along East line of said forty 175 feet to Point of Beginning.  The above land is located in the Northwest Quarter of Southeast Quarter, Section 3, Township 1 South, Range 19 West, Walton County, Florida, Being Lots 10 and 11 of an Unrecorded Plat

And

Parcels A and C:
The South 645 feet of the North 890 feet of the Northwest Quarter of the Southeast Quarter, Section 3, Township 1 South, Range 19 West, Walton County, Florida, lying East of Florida State Road 83 (U.S. Highway 331).

LESS AND EXCEPT: The South 175 feet of the Parcel described in Official Records Book 25, Page 23.

AND LESS AND EXCEPT:
The Parcel described in Official Records Book 31, Page 359.

ALSO LESS AND EXCEPT: Any portion lying within the plat of Ashton Park Phase 1, according to the Plat recorded in Plat Book 17, Pages 87-87A of the Public Records of Walton County, Florida.

PARCEL 4:

G4-92G T1S, R18W, S19
That part of the Northwest Quarter of the Southwest Quarter lying West of Black Creek Boulevard; and that part of the Southwest Quarter of the Northwest Quarter lying South of State Road No. 20 and West of Black Creek Boulevard, all lying and being in Section 19, Township 1 South, Range 18 West, Walton County, Florida.

X4-96G TIS, R19W, S2
All of Section 2, Township 1 South, Range 19 West, Lying North and West of Lafayette Creek. All lying and being in Walton County, Florida. LESS AND EXCEPT that part contained in the Order of Taking recorded in O.R. Book 2642, Page 507 and LESS AND EXCEPT that portion conveyed to the M.C. Davis 2006 Trust in O.R. Book 2935, Page 3694 of the Public Records of Walton County, Florida.

Y4-97G T1S, R19W, S2
All of Section 2, Township 1 South, Range 19 West, Walton County, Florida. LESS & EXCEPT that part lying North and West of Lafayette Creek, LESS AND EXCEPT that part contained in Order of Taking recorded in O.R. Book 2642, Page 507 of the Public Records of Walton County, Florida. LESS & EXCEPT that portion for the Right of way for Highway 331, ALSO LESS & EXCEPT that portion of the subject property conveyed to Owl's Head in Special Warranty Deed recorded in O.R. Book 2887, Page 174, Public Records of Walton County, Florida.

D5-101G T1S, R19W, S11
All of Section 11, Township 1 South, Range 19 West, lying East of Lafayette Creek. LESS AND EXCEPT: The Southwest Quarter of the Southeast Quarter; ALSO LESS AND EXCEPT: The South 50 feet of the Southeast Quarter of the Southeast Quarter. All lying and being in Walton County, Florida. LESS AND EXCEPT that part contained in the Order of Taking recorded in O.R. Book 2642, Page 507 of the Public Records of Walton County, Florida. Less and except O.R. Book 2901, Page 2014.

E5-102G T1S, R19W, S11
All of Section 11, Township 1 South, Range 19 West, Walton County, Florida, lying West of Lafayette Creek. LESS AND EXCEPT the following described parcel: Begin at the Southwest corner of Section 11; thence South 89 degrees 07 minutes 23 seconds East along the South section line for 46.52 feet; thence North 00 degrees 58 minutes 50 seconds East for 880.66 feet; thence North 89 degrees 01 minute 10 seconds West for 41.50 feet to the West section line; thence South 01 degree 19 minutes 49 seconds West for 877.93 feet to the Point of Beginning.

F5-103G T1S, R19W, S12

The Southwest Quarter of the Northwest Quarter; the West Half of the Southwest Quarter; EXCEPT the South 50 feet of the West 50 feet of the Southwest Quarter of the Southwest Quarter, All in Section 12, Township 1 South, Range 19 West, Walton County, Florida.  LESS AND EXCEPT Order of Taking recorded in O.R. Book 655, Page 35 and re-recorded April 8, 1993 in O.R. Book 965, Page 49, of the Public Records of Walton County, Florida.

G5-104G T1S, R19W, S13
The South Half; the South Half of the Northwest Quarter; the Northwest Quarter of the Northwest Quarter; LESS AND EXCEPT:  The West 50 feet of the West Half of the West Half (SIC); ALSO LESS AND EXCEPT:  1 acre to Walton Development described as follows:  Commence at the Northeast corner of the Northwest Quarter of the Southeast Quarter; thence East along the Quarter Section line for 9.00 feet; thence South 6 degrees 28 minutes 42 seconds West along the West right-of-way line of County Road for 210.05 feet; thence West for 210.05 feet; thence North 06 degrees 28 minutes 42 seconds East for 210.05 feet to the Quarter Section line; thence East along the Quarter Section line for 210.05 feet to the Point of Beginning; ALSO LESS AND EXCEPT:  O.R. Book 965, Page 49, Public Records of Walton County, Florida; all lying and being in Section 13, Township 1 South, Range 19 West, Walton County, Florida.

H5-105G T1S, R19W, S14
The North Half of Section 14 lying East of Lafayette Creek and the Northeast Quarter of the Southeast Quarter of Section 14, Township 1 South, Range 19 West, Walton County, Florida.  LESS AND EXCEPT that part contained in the Order of Taking recorded in O.R. Book 2642, Page 507 of the Public Records of Walton County, Florida.

15-106G T1S, R19W, S14
The North Half of Section 14 lying Westerly of Lafayette Creek. LESS AND EXCEPT a parcel described as follows:  Begin at the Northwest corner of the Section; thence South 89 degrees 07 minutes 23 seconds East along the North section line for 46.52 feet; thence South 00 degrees 58 minutes 50 seconds West for 1217.77 feet; thence North 89 degrees 01 minute 10 seconds West for 88.07 feet to the Section line; thence North 02 degrees 56 minutes 55 seconds East along the Section line to the Point of Beginning. All lying and being in Section 14, Township 1 South, Range 19 West, Walton County, Florida.

Q5-107G T1S, R19W, S24
All of Section 24, Township 1 South, Range 19 West, Walton County, Florida, LESS AND EXCEPT the East 660 feet of the Southeast Quarter of the Northeast Quarter North of State Road No. 20.  ALSO EXCEPT: the West 50 feet of the Northwest Quarter of the Northwest Quarter North of State Road No. 20.  ALSO LESS AND EXCEPT Order of Taking recorded in O.R. Book 665, Page 35, and re-recorded in O.R. Book 965, Page 49.

R5-108G T1S, R19W, S25
The North Half; the North Half of the South Half; LESS AND EXCEPT the Southwest Quarter of the Northwest Quarter.  ALSO LESS AND EXCEPT a parcel 18 rods square in the Northeast corner of the Northeast Quarter of the Southeast Quarter of the Northeast Quarter.  ALSO LESS AND EXCEPT:  Order of Taking recorded in O.R. Book 665, Page 35 and re-recorded in OR. Book 965, Page 49.  All lying and being in Section 25, Township 1 South, Range 19 West, Walton County, Florida.

LESS AND EXCEPT THE PROPERTY DESCRIBED IN THE FOLLOWING PAGES

A parcel of land lying in Section 14, Township 1 South, Range 19 West, Walton County, Florida, being more particularly described as follows:
Commencing at a found capped iron rod, Number 1355, marking the Northwest corner of said Section 14; thence South 87 degrees 59 minutes 25 seconds East along the North line of said Section 14, a distance of 2203.51 feet to a point of intersection with the Northwesterly right of way line of the new Florida State Road 83 (U.S. Highway 331) (right of way varies); thence departing the aforesaid North line, proceed South 22 degrees 28 minutes 06 seconds West along said Northwesterly right of way line, a distance of 443.91 feet to a point on a curve concave Easterly and having a radius of 22995.31 feet; thence along said curve, through a central angle of 02 degrees 14 minutes 20 seconds, an arc distance of 898.57 feet, chord bearing = South 21 degrees 20 minutes 56 seconds West, chord = 898.51 feet to a found Florida Department of Transportation 1/2 inch capped iron rod; thence departing said Northwesterly right of way line, proceed North 71 degrees 17 minutes 52 seconds West, a distance of 294.82 feet to the Point of Beginning; thence North 71 degrees 17 minutes 52 seconds West, a distance of 116.38 feet; thence South 18 degrees 45 minutes 28 seconds West, a distance of 110.58 feet; thence North 59 degrees 36 minutes 15 seconds West, a distance of 93.00 feet; thence North 12 degrees 26 minutes 29 seconds West, a distance of 41.01 feet; thence North 12 degrees 59 minutes 20 seconds West, a distance of 50.41 feet; thence North 25 degrees 50 minutes 41 seconds West, a distance of 43.98 feet; thence North 45 degrees 39 minutes 49 seconds West, a distance of 59.78 feet; thence North 19 degrees 09 minutes 19 seconds West, a distance of 76.32 feet; thence North 25 degrees 59 minutes 08 seconds West, a distance of 40.19 feet; thence North 50 degrees 21 minutes 31 seconds East, a distance of 37.17 feet; thence North 85 degrees 31 minutes 40 seconds East, a distance of 54.62 feet; thence North 83 degrees 54 minutes 58 seconds East, a distance of 59.32 feet; thence North 74 degrees 19 minutes 40 seconds East, a distance of 65.18 feet; thence North 73 degrees 50 minutes 52 seconds East, a distance of 3.67 feet; thence South 68 degrees 11 minutes 14 seconds East, a distance of 247.89 feet; thence South 21 degrees 48 minutes 46 seconds West, a distance of 236.26 feet to the Point of Beginning.

PARCEL "C"
A portion of Sections 12, 13, and 24, Township 1 South, Range 19 West, Walton County, Florida, lying East of the new right of way and alignment of Florida State Road 83, as shown along Florida Department of Transportation right of way map, Section #60050-2500, S.R. 83 (U.S. 331) North from S.R. 20 to North of Pine Street, dated 6/12/2003, and being more particularly described as follows:
Commencing at the Northwest corner of said Section 1, Township 1 South, Range 19 West, Walton County, Florida; thence along the West boundaries of said Sections 1 and 12, the following 2 (two) calls: 1) South  01 degree 25 minutes 32 seconds West, a distance of 5277.08 feet; 2) thence South 01 degree 54 minutes 36 seconds West, a distance of 1334.52 feet to the Northwest corner of the Southwest Quarter of the Northwest Quarter of said Section 12; thence along the North and East boundaries thereof, and the East boundary of the West Half of the Southwest Quarter of said Section 12, the following three (3) calls:  1) South 88 degrees 06 minutes 19 seconds East, a distance of 100.18 feet to the Point of Beginning; 2) South 88 degrees 06 minutes 19 seconds East, a distance of 1224.74 feet; 3) thence South 01 degree 48 minutes 31 seconds West, a distance of 4002.39 feet to the Southeast corner of said West half; thence South 02 degrees 05 minutes 18 seconds West along the East boundary of the Northwest Quarter of the Northwest Quarter of the aforesaid Section 13, a distance of 1343.69 feet to a point on the North boundary of the South Half of Northwest Quarter of said Section 13; thence along the North and East boundaries thereof, the following two (2) calls:  1) South 88 degrees 18 minutes 33 seconds East, a distance of 1336.32 feet; 2) thence South 01 degree 54 minutes 15 seconds West, a distance of 1340.08 feet to a point on the North boundary of the South Half of said Section 13; thence

South 88 degrees 25 minutes 00 seconds East along said North line, a distance of 1131.07 feet; thence departing said North boundary, proceed South 08 degrees 04 minutes 33 seconds West, a distance of 210.05 feet; thence South 88 degrees 25 minutes 00 seconds East, a distance of 210.05 feet; thence North 08 degrees 04 minutes 33 seconds East, a distance of 210.00 feet to a point on the aforesaid North boundary; thence along the North and East boundaries thereof, the following two (2) calls: 1) South 88 degrees 25 minutes 00 seconds East, a distance of 1323.12 feet; 2) thence South 02 degrees 06 minutes 13 seconds West, a distance of 2667.35 feet to the Northeast corner of the aforesaid Section 24; thence South 01 degree 33 minutes 00 seconds West along the East line thereof, a distance of 1332.34 feet; thence departing said East boundary, proceed North 88 degrees 33 minutes 53 seconds West, a distance of 665.44 feet; thence South 01 degree 30 minutes 47 seconds West, a distance of 898.82 feet to a point on the North right of way line of the aforesaid State Road 20; thence along said North right of way line, the following three (3) calls: 1) North 85 degrees 22 minutes 54 seconds West, a distance of 202.23 feet to the point of curvature of a curve concave Northerly and having a radius of 5679.58 feet; 2) thence along said curve, through a central angle of 24 degrees 24 minutes 51 seconds, an arc distance of 2420.11 feet, (chord bearing = North 73 degrees 10 minutes 28 seconds West, chord = 2401.84 feel), to the point of tangency of said curve; 3) thence North 60 degrees 58 minutes 03 seconds West, a distance of 2304.00 feet to a point of intersection with the East boundary of Parcel 2 as recorded in Official Records Book 665, Page 35 of the Public Records of Walton County, Florida; thence along the East boundaries thereof, the following two (2) calls: 1) North 01 degree 15 minutes 06 seconds East, a distance of 503.18 feet to the South boundary of the aforesaid Section 13; 2) thence North 01 degree 58 minutes 36 seconds East, a distance of 9388.18 feet to the Point of Beginning.

And also:

PARCEL "D"
A portion of Sections 24, and 25, Township 1 South, Range 19 West, Walton County, Florida, and being more particularly described as follows:
Commence at the Northwest corner of Section 1, Township 1 South, Range 19 West, Walton County, Florida; thence along the West lines of said Section 1, and Sections 12, 13, and 24, of said Township 1 South, Range 19 West, the following 4 (four) calls: 1) South 01 degree 25 minutes 32 seconds West, a distance of 5277.08 feet; 2) thence South 01 degree 54 minutes 36 seconds West, a distance of 5338.07 feet; 3) thence South 02 degrees 01 minute 27 seconds West, a distance of 5385.67 feet; 4) thence South 01 degree 15 minutes 06 seconds West, a distance of 563.61 feet to a point of intersection with the South right of way line of Florida State Road 20 (right of way width varies); thence along said South right of way line, the following 6 (six) calls: 1) South 60 degrees 58 minutes 03 seconds East, a distance of 113.03 feet to the Point of Beginning; 2) thence continue South 60 degrees 58 minutes 03 seconds East, a distance of 2251.31 feet to the point of curvature of a curve concave Northerly and having a radius of 5779.58 feet; 3) thence along said curve, through a central angle of 24 degrees 24 minutes 51 seconds, an arc distance of 2462.72 feet, (chord bearing = South 73 degrees 10 minutes 28 seconds East, chord = 2444.13 feet), to the point of tangency of said curve; 4) thence South 85 degrees 22 minutes 54 seconds East, a distance of 873.41 feet; 5) thence South 01 degree 33 minutes 00 seconds West, a distance of 50.07 feet; 6) thence South 85 degrees 22 minutes 54 seconds East, a distance of 17.97 feet; thence departing said right of way line, proceed South 06 degrees 57 minutes 56 seconds West, a distance of 685.49 feet; thence South 10 degrees 57 minutes 03 seconds West, a distance of 1.00 foot to the point of curvature of a curve concave Easterly and having a radius of 1796.57 feet; thence along said curve, through a central angle of 25 degrees 33 minutes 50 seconds, an arc distance of 801.58 feet, (chord bearing = South 01 degree 49 minutes 52 seconds East, chord = 794.95 feet) to a point along the East line of the aforesaid Section 24; thence South 01 degree 33 minutes 05 seconds West along said

Section 24, a distance of 1431.96 feet to the Northeast corner of the Northeast Quarter of the Northeast Quarter of the aforesaid Section 25; thence along the East and South boundaries of said Quarter-Quarter, the following 2 (two) calls:  1) South 01 degree 30 minutes 56 seconds West, a distance of 1320.12 feet; 2) thence North 88 degrees 21 minutes 32 seconds West, a distance of 298.49 feet;. thence South 01 degree 20 minutes 14 seconds West, a distance of 297.50 feet; thence South 88 degrees 28 minutes 50 seconds East, a distance of 297.57 feet to a point on the East boundary of said Section 25; thence South 01 degree 30 minutes 56 seconds West along said East boundary, a distance of 2331.01 feet to the Southeast corner of the North Half of the South Half of said Section 25; thence North 88 degrees 04 minutes 03 seconds West along the South boundary of said North Half, a distance of 5172.68 feet to a point of intersection with the East boundary of Parcel 4, as recorded in Official Records Book 665, Page 35 of the Public Records of Walton County, Florida; thence North 01 degree 04 minutes 31 seconds East along said East boundary, a distance of 1312.70 feet to a point on the South boundary of the Southwest Quarter of the Northwest Quarter of said Section 25; thence along the South, East, and North lines thereof, the following 3 (three) calls:  1) thence South 88 degrees 06 minutes 19 seconds East, a distance of 1220.68 feet; 2) North 01 degree 11 minutes 08 seconds East, a distance of 1313.47 feet; 3) thence North 88 degrees 08 minutes 34 seconds West, a distance of 1223.20 feet to a point on the East boundary of Parcel 3, as recorded in the aforesaid Official Records Book 665, Page 35; thence along the East boundaries thereof, parallel to the West boundaries of the aforesaid Sections 24 and 25, the following 2 (two) calls:  1) North 01 degree 04 minutes 31 seconds East, a distance of 1313.84 feet; 2) thence North 01 degree 15 minutes 06 seconds East, a distance of 4664.02 feet to the Point of Beginning.

The above described Parcels C and D of the Less Outs is also described as the following four parcels:

F5-103G T1S, R19W, S12
The Southwest Quarter of the Northwest Quarter; the West Half of the Southwest Quarter; EXCEPT the South 50 feet of the West 50 feet of the Southwest Quarter of the Southwest Quarter, All in Section 12, Township 1 South, Range 19 West, Walton County, Florida.  LESS AND EXCEPT Order of Taking recorded in O.R. Book 655, Page 35 and re-recorded April 8, 1993 in O.R. Book 965, Page 49, of the Public Records of Walton County, Florida.

G5-104G T1S, R19W, S13
The South Half; the South Half of the Northwest Quarter; the Northwest Quarter of the Northwest Quarter; LESS AND EXCEPT:  The West 50 feet of the West Half of the West Half (SIC); ALSO LESS AND EXCEPT:  1 acre to Walton Development described as follows:  Commence at the Northeast corner of the Northwest Quarter of the Southeast Quarter; thence East along the Quarter Section line for 9.00 feet; thence South 6 degrees 28 minutes 42 seconds West along the West right-of-way line of County Road for 210.05 feet; thence West for 210.05 feet; thence North 06 degrees 28 minutes 42 seconds East for 210.05 feet to the Quarter Section line; thence East along the Quarter Section line for 210.05 feet to the Point of Beginning; ALSO LESS AND EXCEPT:  O.R. Book 965, Page 49, Public Records of Walton County, Florida; all lying and being in Section 13, Township 1 South, Range 19 West, Walton County, Florida.

Q5-107G T1S, R19W, S24
All of Section 24, Township 1 South, Range 19 West, Walton County, Florida, LESS AND EXCEPT the East 660 feet of the Southeast Quarter of the Northeast Quarter North of State Road No. 20.  ALSO EXCEPT: the West 50 feet of the Northwest Quarter of the Northwest Quarter North of State Road No. 20.  ALSO LESS AND EXCEPT Order of Taking recorded in O.R. Book 665, Page 35, and re-recorded in O.R. Book 965, Page 49.

R5-108G T1S, R19W, S25
The North Half; the North Half of the South Half; LESS AND EXCEPT the Southwest Quarter of the Northwest Quarter.  ALSO LESS AND EXCEPT a parcel 18 rods square in the Northeast corner of the Northeast Quarter of the Southeast Quarter of the Northeast Quarter.  ALSO LESS AND EXCEPT:  Order of Taking recorded in O.R. Book <u>665, Page 35</u> and re-recorded in OR. Book 965, Page 49.  All lying and being in Section 25, Township 1 South, Range 19 West, Walton County, Florida.

Easement Parcel North
A parcel of land lying in Sections 12, 13, and 24, Township 1 South, Range 19 West, Walton County, Florida, lying North of Florida State Road 20, and being more particularly described as follows:
Commence at the Southwest corner of said Section 12; thence North 01 degree 54 minutes 36 seconds East along the West line of said Section 12 a distance of 50.00 feet to the Point of Beginning; thence continue North 01 degree 54 minutes 36 seconds East along said West line a distance of 3953.55 feet; thence departing said West line, proceed South 88 degrees 06 minutes 19 seconds East, a distance of 100.18 feet; thence South 01 degree 58 minutes 36 seconds West, a distance of 9388.18 feet; thence South 01 degree 15 minutes 06 seconds West, a distance of 503.18 feet to a point on the Northerly right of way line of the aforesaid State Road 20; thence North 60 degrees 58 minutes 03 seconds West along said Northerly right of way line, a distance of 56.51 feet to a point of intersection with a line lying parallel to and 50.00 feet East of the West line of the aforesaid Section 24; thence North 01 degree 15 minutes 06 seconds East along said parallel line, a distance of 476.88 feet; thence North 02 degrees 01 minute 27 seconds East along a line lying parallel to and 50.00 feet East of the West line of said Section 13 a distance of 5435.19 feet; thence North 88 degrees 06 minutes 19 seconds West a distance of 50.15 feet to the Point of Beginning.

Together with:

Easement Parcel South
A parcel of land lying in Section 25, Township 1 South, Range 19 West, Walton County, Florida, lying South of Florida State Road 20, and being more particularly described as follows:
Commence at the Northwest corner of said Section 25; thence South 01 degree 04 minutes 31 seconds West along the West line thereof, a distance of 2625.26 feet to the Point of Beginning; thence departing said West line, proceed South 88 degrees 06 minutes 19 seconds East, a distance of 100.01 feet; thence South 01 degree 04 minutes 31 seconds West, a distance of 1312.70 feet; thence North 88 degrees 04 minutes 03 seconds West, a distance of 100.01 feet to a point of intersection with the aforesaid West line of Section 25; thence North 01 degree 04 minutes 31 seconds East along said West line, a distance of 1312.63 feet to the Point of Beginning.