UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

331 FREEPORT PARTNERS, LLC,
    Plaintiff,

v.                                Case No.: 3:25cv863/TKW/ZCB

331 PARTNERS, LLC,
    Defendant.
_____/

## **<u>ORDER</u>**

On April 17, 2026, Defendant 331 Partners, LLC filed a motion to compel discovery responses.  (Doc. 38).  Although it appears the parties conferred before the motion was filed, the Court has found that telephonic or in-person conversations between counsel after a motion has been filed often results in a resolution (or at least the narrowing) of the dispute.

The Court, therefore, **ORDERS** counsel to confer telephonically, by videoconference, or in person regarding the issues raised in the motion. (Doc. 38).  That conference shall occur **on or before Thursday, April 23, 2026.**  During that conference, the Court expects the parties to endeavor in good faith to resolve the issues raised in the motion.  If

1

counsel resolve the issues raised in the motion, then they should file a joint status report advising the Court that the matter has been resolved.[1]

If the parties are unable to resolve the matter after having a conference, then Plaintiff should file a response to the motion **on or before Monday, April 27, 2026.** Due to the approaching discovery deadline, the Court is expediting Plaintiff's response. Plaintiff's response should include the date that the in person, videoconference, or telephonic conference occurred, as well as the duration of the conference.

If the parties are unable to resolve the issues raised in the motion, counsel should expect that a hearing may be scheduled shortly after Plaintiff's response is filed.

It is so **ORDERED**. This 20th day of April 2026.

/s/ Zachary C. Bolitho

Zachary C. Bolitho
United States Magistrate Judge

---

[1] The parties must file a status report to inform the Court if the motion or any issues raised therein are resolved before Plaintiff's response is due. Failure to file a status report or a response in opposition by the deadline may lead to the motion being granted by default. N.D. Fla. Loc. R. 7.1(H).