**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

CASE NO. 3:25-cv-00863-TKW-ZCB

331 FREEPORT PARTNERS, LLC,
a Florida Limited Liability Company

Plaintiff,

v.

331 PARTNERS, LLC,
a Georgia Limited Liability Company,

Defendant.
_________________________________/

**PLAINTIFF, 331 FREEPORT PARTNERS, LLC'S**
**MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM**

Plaintiff, 331 Freeport Partners, LLC ("Seller"), through undersigned counsel, and pursuant to Local Rule 7.1(I) respectfully moves for leave to file a reply memorandum in support of its *Motion to Enforce Settlement Agreement* (the "Motion") [D.E. 83] and states:

1. On October 20, 2026, defendant, 331 Partners, LLC ("Buyer"), filed its *Response to Plaintiff's Motion to Enforce Settlement Agreement* [D.E. 85] (the "Response").

2. The Response concedes that Buyer accepted an enforceable Offer of Judgment (the "Offer"), but seeks to vary the terms of the settlement, including

through its distorted reading of Seller's discovery responses and deposition testimony.

3. Seller now seeks leave to file a reply to address the arguments and evidence raised in the Response, present additional persuasive evidence which supports the positions advanced in the Motion, and confirm the views expressed by the Court in its October 13, 2026 *Order* [D.E. 84]. The proposed reply will be limited to matters raised in the Response.

4. The requisite circumstances exist to permit a reply given the pressing need for finality in this matter, the significance of the issues, and the parties' competing interpretations of the settlement reached when Buyer accepted the Offer. Buyer will not be prejudiced by permitting Seller to respond to the arguments raised in the Response. A reply will serve the interests of the parties and the Court by further defining the issues to be argued at the imminent hearing on the Motion.

WHEREFORE, Seller respectfully requests that the Court grant it leave to file a reply, giving Seller until October 23, 2026 for such filing, and grant such other and further relief as the Court deems just and proper.

DATED: October 21, 2026

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1, undersigned counsel sent a request to confer via e-mail on October 21, 2026 to counsel for defendant, Stephen Vaughn, Esq., and

followed up with a phone call, and as of the date and time of this filing, defendant has not yet provided a position on the relief requested in this motion.

Respectfully submitted,

**RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.**
*Attorneys for 331 Freeport Partners, LLC*
Miami Tower, Suite 2900
100 S.E. Second Street
Miami, Florida 33131
Telephone (305) 577-4177
rstein@rvmrlaw.com
lkainwhaley@rvmrlaw.com
cwachtell@rvmrlaw.com
servicerobertstein@rvmrlaw.com
servicelaurenwhaley@rvmrlaw.com
servicecatherinewachtell@rvmrlaw.com

By: */s/ Robert M. Stein*
Robert M. Stein, Esq.
Florida Bar No. 93936
Lauren Kain Whaley, Esq.
Florida Bar No. 88670
Catherine L. Wachtell, Esq.
Florida Bar No. 1037182

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 21, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Robert M. Stein*
Robert M. Stein, Esq.