**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

CASE NO. 3:25-cv-00863-TKW-ZCB

331 FREEPORT PARTNERS, LLC,
a Florida Limited Liability Company

Plaintiff,

v.

331 PARTNERS, LLC,
a Georgia Limited Liability Company,

Defendant.
_________________________________/

**JOINT NOTICE OF SELECTION OF ALTERNATIVE HEARING DATE**

Pursuant to the Court's October 13, 2026, *Order Shortening Response Period* [D.E. 84 (the "October 13 Order"), the parties hereby submit this *Joint Notice of Selection of Alternative Hearing Date*.

1. Plaintiff, 331 Freeport Partners, LLC ("Plaintiff"), and Defendant, 331 Partners, LLC ("Defendant"), have conferred regarding the scheduling of the in-person currently hearing set for October 30, 2026 at 9:00 am. on *Plaintiff's Motion to Enforce Settlement Agreement* [D.E. 83].

2. Based on lack of availability on October 30, and availability of both client representatives and counsel November 3, 2026, the parties jointly request the Court reset the hearing for November 3, 2026, at 11:00 a.m. CST.

3. The parties respectfully submit this Joint Notice for the Court's consideration and request confirmation of the agreed upon hearing date.

**RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.**
*Attorneys for 331 Freeport Partners, LLC*
Miami Tower, 29th Floor
100 S.E. Second Street
Miami, Florida 33131
Telephone (305) 577-4177

By: */s/ Robert M. Stein*
Robert M. Stein
Florida Bar No. 93936
rstein@rvmrlaw.com
Lauren Kain Whaley
Florida Bar No. 88670
lkainwhaley@rvmrlaw.com
Catherine L. Wachtell
Florida Bar No. 1037182
cwachtell@rvmrlaw.com

**TAFT STETTINIUS & HOLLISTER, LLP**
*Attorneys for 331 Partners, LLC*
3560 Piedmont Rd. NE
Suite 2000, Two Alliance Center
Atlanta, Georgia 30326
Telephone (404) 364-7422

By: */s/ Stephen M. Vaughn*
Stephen M. Vaughn
Georgia Bar No. 219482
Admitted to practice in the NDFL
svaughn@taftlaw.com
Samuel E. Marticke
*(Pro Hac Vice)*
smarticke@taftlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 22nd day of October 2026, the undersigned electronically filed the foregoing with the Clerk of Court via the CM/ECF Portal, which will send notice of electronic filing to all counsel of record.

By: */s/ Robert M. Stein*
Robert M. Stein